IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMBPELL,

        Plaintiff,                    No. CIV S-05-2104 LKK GGH P

    vs.

L. JOHNSON DOVEY,

        Defendant.                <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By order filed January 9, 2006, plaintiff was directed to pay the $250.00 filing fee, within twenty days, and was cautioned that failure to comply would result in a recommendation that this action be dismissed. The twenty day period has now expired, and plaintiff has not paid the filing fee.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED:  3/29/06

4                                                                       /s/ Gregory G. Hollows
   _____
   UNITED STATES MAGISTRATE JUDGE

5  GGH:009
   camp2104.ff